IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MAVERICK TECHNOLOGIES,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **07-297-WDS** |
| **ANDREW ROBERT SHELTON,** | ) ) ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead **(Doc. 9)** is **GRANTED**.

Defendants are granted an extension of time, up to and including **June 11, 2007**, in which to answer or otherwise plead in response to the complaint.

**IT IS SO ORDERED.**

**DATE:  June 5, 2007.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**